IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAYTON NOAL | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 3:21-cv-00023-SLH |
| LEIGHTON SECURITY SERVICES, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, Clayton Noal, and Defendant Leighton Security Services, Inc. stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing its own attorney's fees and costs.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215)689-0801
*Attorney for Plaintiff*

**MEYER, UNKOVIC & SCOTT LLP**

*/s/ Brittany M. Bloam*
Elaina A. Smiley, Esquire
Brittany M. Bloam, Esquire
535 Smithfield Street
Suite 1300
Pittsburgh, PA 15222
(412) 456-2800

**ANDERSON GROSSMAN**

*/s/ R. Scott Anderson*
R. Scott Anderson, Esquire
Allison Grossman, Esquire
One Galleria Tower
13355 Noel Road, Suite 1425
Dallas, Texas 75240
(972) 789-1160
*Attorneys for Defendant*

Dated: March 14, 2022

**APPROVED** and **SO ORDERED** by the Court this \_\_\_\_6th\_\_\_\_ day of \_\_\_April\_\_\_, 2022.

_____
STEPHANIE L. HAINES
United States District Judge